1
2
3
4
5                IN THE UNITED STATES DISTRICT COURT
6               FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  MARK W. SRINKLE,                )    No. C 07-5061 JSW (PR)
                                    )
9           Petitioner,             )    JUDGMENT
                                    )
10    vs.                           )
                                    )
11                                  )
   R. J. SUBIA,                     )
12                                  )
            Respondent.             )
13  _____ )
14

     The Court has summarily dismissed the instant habeas petition under § 2254. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

     IT IS SO ORDERED.

DATED: January 30, 2008

                                            JEFFREY S. WHITE
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

    Plaintiff,

  v.

R.J. SUBIA et al,

    Defendant.

Case Number: CV07-05016 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark W. Sprinkle
K24619
P.O. Box 409040
Ione, CA 95640

Dated: January 30, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk