1  Mark W. Sprinkle K-24619
   M.C.S.P. BG-110-L
2  P.O. Box 409040
   Ione, CA 95640
3



4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  MARK W. SPRINKLE              CASE NO. C 07-5016 JSW (PR)
         Petitioner, Pro Se
13                                APPLICATION FOR CERTIFICATE
       V                          OF APPEALABILITY FROM
14                                DISTRICT COURT

15  MIKE MARTEL (Warden A)
         Respondent
16

17

18      Pursuant to 28 USC § 2253, Rule 22 FRAP, and Ninth

19  Circuit Rule 22-1, Petitioner Mark W. Sprinkle hereby

20  requests that the District Court issue a Certificate of

21  Appealability (COA), permitting Petitioner to appeal from

22  the judgement entered by the Court on January 30, 2008

23  dismissing with prejudice the Petition for Writ of Habeas

24  Corpus in the above-entitled matter. Concurrently with this

25  application, Petitioner has filed a timely Notice of Appeal.

26      **ISSUE ON WHICH CERTIFICATE OF APPEAL IS SOUGHT**

27      The sentencing judge prejudicially joined 2 determinate

28  sentences, resulting in an unconstitutional upper-term

                                1.

1  elevated enhancement of 15 years to life.

## STANDARD FOR ISSUANCE OF COA

In the U.S. Supreme Court decision in Miller-El v. Cockrell, 537 U.S. 322, 123 S Ct. 1029 (2003), The Court clarified the standards for issuance of a COA:

> "...A prisoner seeking a COA need only demonstrate a "substantial showing of the denial of a constitutional right". A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the District Court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further."

Id., 123 S Ct. at 1034, citing Slack v. McDaniel, 529 U.S. 473, 484 (2000). Reduced to its essentials, the test is met where the petitioner makes a showing that "the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. Id., at 1039, citing Barefoot v Estelle, 463 U.S. 880 (1983). This means that the petitioner does not have to prove that the District Court was necessarily "wrong" - just that its resolution of the Constitutional claim is "debatable".

> We do not require petitioner to prove, before the issuance of a COA, that some jurists would grant the petition for habeas corpus. Indeed, a claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail. As we stated in "Slack", where a district court has rejected the Constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the Constitutional claims debatable or wrong.

## ARGUMENT IN SUPPORT OF COA

In an opening brief on Appeal, Petitioner will clarify and expand on the clear Sixth and Fourteenth Amendment

2.

violations he claims in his dismissed Writ of Habeas Corpus.

Petitioner will legally prove and explain why the sentencing judge was not required to sentence him to the unconstitutional elevated sentence he was given and, why such sentence was unconstitutional.

Petitioner will show in his opening brief that relief on Appeal is Constitutionally due him.

## CONCLUSION

Based on the foregoing, Petitioner respectfully submits that the District Court's findings are subject to debate among jurists of reason, and consequently, that a COA should be granted.

This document was executed at Mule Creek State Prison, Ione, California on the date listed below.

Petitioner declares under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Respectfully Submitted,

DATED: 2-25-2008

Mark W. Sprinkle
Petitioner in this matter

PROOF OF SERVICE BY MAIL

(Code of Civil Procedure 1013a, 2015.51)

I am over the age of 18 years and am a party to this cause and action. My address is:
Mark W. Sprinkle K-24619
M.C.S.P. BG-110-L
P.O. Box 409040
Ione, CA 95640

I SERVED:   The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
Box 36060
San Francisco, CA 94102

State of California
Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

THE FOLLOWING: APPLICATION FOR CERTIFICATE OF APPEALABILITY
FROM DISTRICT COURT


by enclosing a true copy in a sealed envelope addressed as follows and deposited in the United States Mail, pursuant to mail services provided by the California Department of Corrections and Rehabilitation to prisoners incarcerated at Mule Creek State Prison, at Ione, California with the postage fully prepaid on this date shown below.

NAME AND ADDRESS OF EACH PARTY TO WHOM NOTICE WAS MAILED:

The Clerk of the Court, United States District Court, Northern District of California, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102

State of California, Attorney General's Office, 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102-7004


I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: 2-25-2008

Mark W. Sprinkle