Mark W. Sprinkle K-24619
M.C.S.P. BG-110-L
P.O. Box 409040
Ione, CA 95640




IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK W. SPRINKLE
    Petitioner, Pro Se

V

MIKE MARTEL (Warden A)
    Respondent

CASE NO. C 07-5016 JSW (PR)

**NOTICE OF APPEAL**

    Petitioner, Mark W. Sprinkle, appearing Pro Se, hereby appeals from the judgement of the Court dismissing the Petition for Writ of Habeas Corpus in the above entitled action. Said judgement was entered on January 30, 2008, by the Honorable United States District Judge Jeffrey S. White.

    Concurrently herewith, Petitioner requests that the District Court issue a Certificate of Appealability.

    An application for COA is being contemporaneously filed.

1       This document was executed at Mule Creek State Prison,
2   Ione, California on the date listed below.
3       Petitioner declares under penalty of perjury under the
4   laws of the State of California and the United States of
5   America that the foregoing is true and correct.

                                          Respectfully,

DATED: 2-25-2008

                                          *Mark W. Sprinkle*
                                          Mark W. Sprinkle
                                          Petitioner

PROOF OF SERVICE BY MAIL

(Code of Civil Procedure 1013a, 2015.51)

I am over the age of 18 years and am a party to this cause and action. My address is:
Mark W. Sprinkle K-24619
M.C.S.P. BG-110-L
P.O. Box 409040
Ione, CA 95640

I SERVED: The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
Box 36060
San Francisco, CA 94102

State of California
Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

THE FOLLOWING: NOTICE OF APPEAL

by enclosing a true copy in a sealed envelope addressed as follows and deposited in the United States Mail, pursuant to mail services provided by the California Department of Corrections and Rehabilitation to prisoners incarcerated at Mule Creek State Prison, at Ione, California with the postage fully prepaid on this date shown below.

NAME AND ADDRESS OF EACH PARTY TO WHOM NOTICE WAS MAILED:

The Clerk of the Court, United States District Court, Northern District of California, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102

State of California, Attorney General's Office, 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102-7004

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: 2-25-2008

Mark W. Sprinkle