**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                              General Court Number
Clerk                                                                                                                         415.522.2000

May 29, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05016 JSW**

**CASE TITLE: MARK WAYNE SPRINKLE-v-R.J. SUBIA**

USCA Case Number:

Dear Sir/Madam:

   Enclosed is the Notice of Appeal/Certificate of Appealability in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                                                                Sincerely,

                                                                RICHARD W. WIEKING, Clerk

                                                                by: Hilary D. Jackson
                                                                Case Systems Administrator

cc: Counsel of Record