UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 29, 2008

**CASE INFORMATION:**
Short Case Title: <u>MARK WAYNE SPRINKLE</u>-v- <u>R.J. SUBIA</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern, Civil, Judge Jeffrey S. White
Criminal and/or Civil Case No.: <u>CV 07-05016 JSW</u>
Date Complaint/Indictment/Petition Filed: 9/28/07
Date Appealed order/judgment *entered* 1/30/08
Date NOA *filed* 2/28/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☒ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted: 1/30/08                 Date FP denied:
Is FP pending? ☐ yes ☒ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☒ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                      Appellee Counsel:

See Docket Sheet


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                            Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Hilary D. Jackson</u>